Benny G. Rivera
**Name and Prisoner/Booking Number**

Gila County Jail
**Place of Confinement**

P.O. Box 311
**Mailing Address**

Globe Az 85502
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
SEP 24 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Benny G. Rivera,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Adam Sheppard,
(Full Name of Defendant)
(2) Justin Solberg,
(3) Lt. Kenny,
(4) Lt. Osborne,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-CV-01255-JAT-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Gila County Jail, Globe Az.

Revised 3/11/16

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **J. Adam Sheppard**. The first Defendant is employed at **Gila County AZ** (Institution)
as: **Gila County Sheriff** (Position and Title)

2. Name of second Defendant: **Justin Solberg**. The second Defendant is employed as: at **Gila County Jail** (Institution)
as: **Jail Commander** (Position and Title)

3. Name of third Defendant: **Lieutenant Osborn**. The third Defendant is employed at **Gila County Jail** (Institution)
as: **Lt.** (Position and Title)

4. Name of fourth Defendant: **Lieutenant Kenny**. The fourth Defendant is employed at **Gila County Jail** (Institution)
as: **Lt** (Position and Title)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __∅__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Title II of the ADA**

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sheriff J. Adam Sheppard, Jail commander Justin Solberg, and Lieutenant's Osborn and Kenny violated the Plaintiffs rights by denying him access to ADA accommodations. The Plaintiff is disabled no ADA cells in the Gila County Jail. The Plaintiff is disabled and under the care of multipul doctors, Dr. Larry Blattner at Recovery management systems, Banner Injury chiropractor. The Gila County Jail was built in 1981 and still has no handi cap accessablity. No grab bars in cells or showers no wheel chair ramps. At a time when Grab rails, slip tape, walkers, canes, are available and cheap the people running this Jail are acting with deliberate indifference to only persons with a disability.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I have to wait for others to help me up off the floor where I'm forced to sleep. Locked down for asking for ADA cell / None Available

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There are none available at Gila County through a system of diliberd indifference

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Title II of the ADA__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sheriff J. Adam Shepperd, Jail Comander Justin Solberg and Lientenents Osborn and Kenny have all acted with deliberate indeferance to the Plaintiffs medical conditions by allowing staff to continually punish the Plaintiff. The Plaintiff was under Doctors care, Dr. Larry Blattner and under pain management. The Jail through these representives have made a decision about the Plaintiff and what they think is best for him while not one of these Defendants is a trained medical expert.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am in continous pain by being denied meds, Not being allowed to have a ADA cell or cane or walker.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Through a system of delrabite indefferance None available at this time.

4

### E. REQUEST FOR RELIEF

State the relief you are seeking: Allowed to be moved to a Facility that is ADA compliant, Put back on pain medication to control pain and $25,000,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/21/20
                     DATE

                                                                                        Benny G Rivera
                                                                                        SIGNATURE OF PLAINTIFF

Sean Ahern
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.



6