Benny G. Rivera #214097
Name and Prisoner/Booking Number

Gila County Jail
Place of Confinement

P.O. Box 311
Mailing Address

Globe AZ 85501
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐
NOV 0 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Benny G. Rivera,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Adam Sheppard,
(Full Name of Defendant)

(2) Justin Solberg,

(3) Lt. Osborn,

(4) Lt. Kenny,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-CV-01255-JAT--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

Jury trial Demand

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Gila County Jail

Revised 3/11/16

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4
(Rule Number/Section)

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __J. Adam Sheppard__. The first Defendant is employed as: __Sheriff__ at __Gils County__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Justin Solberg__. The second Defendant is employed as: __Jail Commander__ at __Gils County Jail__.
   (Position and Title) (Institution)

3. Name of third Defendant: __Lt. Osborn__. The third Defendant is employed as: __Lieutenant__ at __Gils County Jail__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __Lt Kenny__. The fourth Defendant is employed as: __Lieutenant__ at __Gils County Jail__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>42 U.S.C. § 12132 ADA</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>ADA</u>.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>J. Adam Sheppard as acting Sheriff of Gila County violated plaintiff's rights by not updating his jail and providing any handi-cap cells in the whole jail, thus forcing the plaintiff to sleep on the floor, rely on others to help him up and down, no handicap rails in the showers or near toilets, making moving around nearly impossible. The defendant did not take reasonable available measures to abate a risk even though a reasonable official in the circumstances would have appreciated the high degree of risk and by not taking such measures the defendant caused the plaintiff's harm.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). <u>Forced to rely on others to help me up and down, off the toilet, to and from showers. I'm in constant fear of falling, and not being able to get up.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>There are no ADA cells available at Gila County Jail.</u>

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Due Process of the Fourteenth Amendment</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. J. Adam Sheppard the defendant made a intentional decision with respect to the conditions under wich the plaintiff is confined. The defendand has not updated his jail or made it handi-cap excessable. There are no handi cap cells or handi cap access, or handi cap facility anywhere. Pretrial detainee's are entitled to adequate food, clothing, shelter, sanitation, medical care and personal safety. J. Adam Sheppard through a system of indeference failed to properly add any handi cap facilitys or equpment to the jail makeing plaintiff sleep on floor and rely on others to get up and down and in and out of shower.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Forced to sleep on floor, Relying on others to get up and down, off the toilet and in and out of the shower.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [ ] Yes [x] No
   b. Did you submit a request for administrative relief on Count II? [ ] Yes [x] No
   c. Did you appeal your request for relief on Count II to the highest level? [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There are no ADA cells at Gila County Jail.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 42 USC § 12132 ADA.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: ADA

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Justin Solberg, Lt. Osborne, Lt Kenny All in their official capacity as Jail comanders violated Plaintiffs rights by making him live in unsafe conditions. Plaintiff is forced to sleep on the floor, shower in a shower that is not ADA complient. Plaintiff is (was) under Dr. Larry Blantiner care and Banner Chiropratic care before pretrial incarceration. Said defendants have placed plaintiff in danger by not updating jail.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Forced to sleep on floor and rely on others for basic needs.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There are no ADA cells at Gila County Jail.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

I would like to not be excluded from participation in or be denied the benefits of services, programs, or activities of a public entity or be subjected to discrimination by any such entity. I would like ADA Accessible cell and facilitys and $25,000,000 punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-1-20
DATE

Benny Rivera
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6